UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO.:  09-80955-CIV-RYSKAMP/VITUNAC

EDGAR DELGADO, on his
own behalf and others similarly situated,

      Plaintiff,

v.

ROYAL CAR WASH L W INC.,
a Florida Corporation,

      Defendant.
_____/

**PLAINTIFF'S NOTICE OF FILING ANSWERS TO**
**COURT'S INTERROGATORIES**

      Pursuant to this Court's Scheduling Order, Plaintiff gives notice of filing his

attached Responses to this Court's Interrogatories.

      DATED this 14th, day of July, 2009.

MORGAN & MORGAN, P.A.
6824 Griffin Road
Fort Lauderdale, Fl. 33314
Tel: 954-318-0268
Fax: 954-333-3515
E-mail: KAmritt@forthepeople.com
Trial Counsel for Plaintiffs

**s/ KELLY AMRITT**
Kelly Amritt, Esquire
FL Bar No.:  0648779

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July <u>14th</u>, 2009, I electronically filed the foregoing

with the Clerk of the Court by using the CM/ECF system and a copy via U.S. Mail to the

following:

Catalina Rojas, Registered Agent
ROYAL CAR WASH L W INC.
3090 S. Military Trail
Lake Worth, Florida 33463

**s/ KELLY AMRITT**
Kelly Amritt, Esquire
