## COURT'S INTERROGATORIES TO PLAINTIFFS

1. During what period of time were you employed by the Defendant? **I was employed by the Defendant from approximately March 1, 2009 through May 23, 2009 (11 weeks).**

2. Who was your immediate supervisor? **Mark Rojas**

3. Did you have a regularly scheduled work period? If so, specify. **I typically worked Mondays, Wednesdays, Fridays and Saturdays from 7:00 a.m. to 7:00 p.m. and Sundays from 7:00 a.m. to 6:00 p.m.**

4. What was your title or position? Briefly describe your job duties. **I was employed as a detailer. As a detailer, I would buff, wax, vacuum and wash cars.**

5. What was your regular rate of pay? **I was paid $120.00 per day. Average $600.00 per week.**

6. Provide an accounting of your claim, including:

    (a) Dates – **See Response to Interrogatory #1.**

    (b) regular hours worked – **40 per week**

    (c) over-time hours worked – **Approximately 20 hours per week**

    (d) pay received versus pay claimed – **I was not paid any overtime compensation, in addition to my day rate received.**

    (e) total amount claimed – **Although I am without my pay and time records, I estimate that I am owed $2,200, calculated as follows: $600/60 = $10/2 = $5 per overtime hour x 20 OT hrs/wk = $100 OT/wk x 11 weeks = $1,100 (unliquidated) and $2,200 (liquidated), plus reasonable attorneys' fees and costs.**

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA? **I complained to (Mark Rojas) my immediate supervisor once I began working for the company.**

8. Was this complaint written or oral? (If written complaint, please attach a copy). **Oral**

9. What was your employer's response? (If a written response, please attach a copy). **I was always told they would correct it the following month. I was also told by Mark Rojas, that it was cheaper for them to keep it the way it was then putting me on payroll.**

10. Did you maintain any records of the hours you worked? If so, identify all such records. **No.**

_____
Edgar Delgado

## NOTARY PAGE

STATE OF FLORIDA
COUNTY OF PALM BEACH

BEFORE ME, the undersigned authority, on this day, personally appeared EDGAR DELGADO, who being first duly sworn, deposes and says that he has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this _6th_ day of _July_, 2009.

NOTARY PUBLIC

Notary Stamp
Acknowledgement

Signature of Person Taking
Print Name: Dignorah Arana
Title: Notary Public
Serial No. (If any):
Commissions Expires: 2/9/11

DIGNORAH ARANA
MY COMMISSION # DD 619429
EXPIRES: February 9, 2011
Bonded Thru Notary Public Underwriters